UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Leo Haggerty, <br><br> Plaintiff, <br><br> v. <br><br> Town of Pownal et al., <br><br> Defendants. | Civil Action No. 2:21–cv–219 |

## ORDER

On or before October 22, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 12th day of October 2021.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge