UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Leo Haggerty,<br><br>      Plaintiff,<br><br>      v.<br><br>Town of Pownal et al.,<br><br>      Defendants. | Civil Action No. 2:21–cv–219 |

## ORDER

On or before March 11, 2022, Defendants shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 25th day of February 2022.

                                                */s/ Kevin J. Doyle*
                                                Kevin J. Doyle
                                                United States Magistrate Judge